


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>Jose Luis PEREZ-Espinoza, )<br><br>Defendant. ) | Magistrate Case No. __'21  MJ3132__<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about July 31, 2021, within the Southern District of California, Defendant Jose Luis PEREZ-Espinoza, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Hulai ZHAO, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd of August 2021.

HON. LINDA LOPEZ
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Melvin Rebolledo, declare under penalty of perjury the following to be true and correct:

The complainant states that Hulai ZHAO, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 31, 2021, at approximately 12:08 A.M., Jose Luis PEREZ-Espinoza (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 2019 gold colored Ford Fusion. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his California Identification card and said he was going to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the vehicle and discovered a person concealed in a false wall, non-factory compartment between the rear seat and the trunk of the vehicle.

In secondary, responding CBP Officers extracted one male individual from the trunk of the vehicle by unlocking the latch and folding down the rear seat backrest. The individual was later identified as Hulai ZHAO, determined to be citizen of China without lawful documents to enter the United States, and is now being held as a Material Witness.

Probable Cause Statement continued on page 2…

1

Continuation of Probable Cause Statement
RE: U.S. v. Jose Luis PEREZ-Espinoza

A video-recorded interview was conducted with the Material Witness and he stated being a citizen and national of China without lawful documents to enter or reside in the United States. Material Witness stated he agreed to pay a smuggling fee of $5,000 U.S dollars upon successful entry into the United States. Material Witness stated his intended destination was New York to seek employment.

Executed on this 31st day of July 2021 at 10:00 A.M.

_____
Melvin Rebolledo / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on July 31, 2021, in violation of Title 8, United States Code, Section 1324.

_____        ┌──────────────────────┐
                                         │ 12:00 PM, Jul 31, 2021 │
                                         └──────────────────────┘
HON. LINDA LOPEZ                                   DATE / TIME
UNITED STATES MAGISTRATE JUDGE

2